THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. MICHAEL LEE DAVIS, Defendant-Appellant.

(No. 72-145;

Fifth District—July 16, 1973.

Opinion by Mr. JUSTICE G. MORAN.

Robert E. Farrell, of Defender Project, of Mt. Vernon, (Richard E. Cunningham and Jay M. Shapiro, of counsel,) for appellant.

No brief filed for the People.